**FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983**

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
_____ DIVISION**

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
AUG 17 2021
TAMMY H. DOWNS, CLERK
By: _____ DEP CLERK

CASE NO. 3:21-cv-00165-DPM-ERE

Jury Trial: ☑ Yes ☐ No
(Check One)

I.  Parties

In item A below, place your <u>full</u> name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.

   A.   Name of plaintiff: Parris Hill
        ADC # 6033839

        Address: _____

        Name of plaintiff: Eric Ballwin
        ADC # _____

        Address: _____

        Name of plaintiff: _____
        ADC # _____

        This case assigned to District Judge Marshall
        and to Magistrate Judge Ervin

        Address: _____

In item B below, place the <u>full</u> name of the defendant in the first blank, his official position in the second blank, his place of employment in the third blank, and his address in the fourth blank.

   B.   Name of defendant: Greene County Et. AL.

        Position: _____

        Place of employment: Greene County Detention center

        Address: 1809 North Rockingchair Rd Paragould, Ar 72450

        Name of defendant: _____

        Position: _____

-4-

Place of employment: _____

Address: _____

Name of defendant: _____

Position: _____

Place of employment: _____

Address: _____

Name of defendant: _____

Position: _____

Place of employment: _____

Address: _____

II. Are you suing the defendants in:

    ☐ official capacity only
    ☐ personal capacity only
    ☒ both official and personal capacity

III. Previous lawsuits

    A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action?

        Yes ___   No ☒

    B. If your answer to A is yes, describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

        ☐ Parties to the previous lawsuit:

        Plaintiffs: *Parris Hill*

        Defendants: *At.*

☐     Court (if federal court, name the district; if state court, name the county):

_____

☐     Docket Number: _____

☐     Name of judge to whom case was assigned: _____

☐     Disposition: (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____

☐     Approximate date of filing lawsuit: _____

☐     Approximate date of disposition: _____

IV. Place of present confinement: **Greene County Detention Center 1809 N. Rockingchair Rd. Paragould, AR 72450**

V. At the time of the alleged incident(s), were you:
(check appropriate blank)

**X** in jail and still awaiting trial on pending criminal charges

\_\_\_ serving a sentence as a result of a judgment of conviction

\_\_\_ in jail for other reasons (e.g., alleged probation violation, etc.)
explain: _____

_____

VI. The Prison Litigation Reform Act (PLRA), 42 U.S.C. § 1997e, requires complete exhaustion of administrative remedies of all claims asserted, prior to the filing of a lawsuit. There is a prisoner grievance procedure in the Arkansas Department of Correction, and in several county jails. Failure to complete the exhaustion process provided as to each of the claims asserted in this complaint may result in the dismissal without prejudice of all the claims raised in this complaint.

A. Did you file a grievance or grievances presenting the facts set forth in this complaint?

Yes **X**   No \_\_\_

B. Did you completely exhaust the grievance(s) by appealing to all levels within the grievance procedure? **Yes and some were ignored by staff and supervisors**

Yes ✗    No ___

If not, why? _____
_____

VII.   Statement of claim

State here (as briefly as possible) the <u>facts</u> of your case.  Describe how each defendant is involved.  Include also the names of other persons involved, dates, and places.  Do not give any legal arguments or cite any cases or statutes.  If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph.  (Use as much space as you need.  Attach extra sheets if necessary.)

No grevances at all block med pass skips 8-7-21 also time to time mat blankets removal 6:30 10:00pm expose to virus close corners. 11-14-21 rust all time in cell in the walk cell leaks for 2 weeks 7-25-21 a slip whom no mask cloth skips assive force i went threw 12-04-20 hour out skips no buzzer answer for 30 mins if answer time to time, no proper cleaning lights barley go dim any given time

-7-

VIII. Relief

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

*pay 500,000 injuntive restranging order contldditons go agansit rights hazordsous*

I declare under penalty of perjury (18 U.S.C. § 1621) that the foregoing is true and correct.

Executed on this *10* day of *august*, 20*21*.

*Parris Hill*

*Eric ballwin*

*Clay Jackson*
Signature(s) of plaintiff(s)

Parris Hill 0033839
North Rockingchair Rd
Paragould, AR 72450



600 W. Capitol Ave
Suite A-149
Little Rock, AR 72201-3325

72201$3329 C041