FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
SEP 27 2021
TAMMY H. DOWNS, CLERK
By: _____ DEP CLERK

This is Parris Hill admended complaint 3:21-cv-00165-DPM-BRE judge Edie R Ervin sing for me my apoligize. I went threw assive chad mael folica cowiland Morgan Robertson mase Dillon due to comin out with no assess to mail Email text law libirary before they turn everthing on at 8:00 in mourning 1-3-20 1-2-20 i was comin out at 6:30 between 7:00 and my greivence was block and poor communication some dont get answer as of now i ask to talk to brent cox i told chout whats goin own and they force me to my cell as they told me to go down i said ok and tried to go down they turn me in circle and my head Hit the table sit and they choke me without resiting resisting i told myself just stay win and told me to die and mase me i had a knot own side of my forehead and bloody nosie and they swing me around and i Had a mark from the cuffs that was tight timeing was 1-4-20 7:30 to 8:30 stayed in medical all that day and double punishment in Hole with 90 days suppose to be 30 everone gets for first fight by glen james with no duoprocess copy and no my side of story response and they lied to my lawyer Kaitlin bennet it was 30 day whe i was in for 43 even with 90 i didnt get ot until 93 days from 10-1-20 1-2-21 and again with extra two from justin kayok from august 7 until september 8 of 2 extra days

ceo Zack

No dueprocess every by cody Kelly also Danel chad 1-14-21 by glen James 10-1-20 between 2:4 oclock and 10:11 oclock Justin cody augest 7-21 10:30 to one oclock fed and state inmates togheter in Hole witness inmate Jerome farmer also other witness Eric balwin and clay jackson at 10-1-20 5:00pm and Eric balwin 12-14-20 1-5-21 Jerome farmer at 8-25-21 9-8-21 and clay said His lawyer told the us marshall and they told them to stop and they continued i put i grievence on kiosk and they took it off also celly at 8-30-21 the corprol codone this Alex Maury brent cox alicia trimble falicia rowland Robert case shanchaze cheyanne charles moss kendra Justin Kayob dane swinney cody kelly falica rowland block oscess to mail and emails in Hole without Robert case not being in the adminstrator at 9-1-21 between 12: and 4:00 oclock danel chad lied and said that Robert case done it to celly Jerome former No mats and blankets over 8 hours everytime in Hole 10-2-20 1-7-21 1-16-21 2-8-21 8-9-21 falicia rowland said would check on it nothin change Macey caldwell 10-31-20 Alex maury shanchaze kendra all workers no proper cleaning supplus NO toilet brush 8-30-21 with scoudi19 goin on 8: between 10:00 No mop refills 8-20-21 8-14-21 8: between 10:00pm Jermny morgan Robertson Justin Kayob rust since stay only one \that mop the stairs and on vents and in crack of stairs and in cell S2-6 S3-6 N5-5 S7-14 in the cracks

lied on my greivence and said i get cleaning supplys dont clean tables in the Hole or Have ascess to wipe any thing down with covid19 10-7-20 thrugh 1-7-21 2-1-21 8-10-21 alicia Houble brent cox felicia rowland shonchaze glen James Robert case with alex maury and cheyanne showing favortisim and i get cold easy cause i have lots white blood cells 9-5-21 9/10:30 oclock and 9-4-21 6:30 7:30 they told celly jerome farmer to tak prayer down cheyanne did and let other and alex maury know that our cell was not the only one with bent cove and He just address celly know its because we black and that make our cell colder this is a full time thing with all eeas loss of mat and 2 inmates at end cell keep thers 8-5-21 give other inmates tablets and take from others 9-3-21 and sontimes Battery below 8-25-21 8-26-21 think they shut them down purpely to provoke inmats to acting out from 8-4-21 9-8-21 Justin Kayob came in the day i get out without body cam and took a inmate out same one who put me in hole 9-7-21 6:45 to 7:00 Am Dane swinney No body cam at 8-6-21 8:30 9:00 pm 9-8-21 danel chad showed favortism by cover our windows and giving extra trays when it was said that Robert case said take the mats off at breakfast sontimes dont get our sleeping mats back from 6:30 to 10:45pm

cont cot the jail food Hair in it number of thimes other inmates and celly my incident 5-20-21 8-5-21 9-20-20 9-14-20 9-7-21 5-2-21 and labor day meal 2021 the meat was pink and beans were even more Hard they also let food stay in Hallway longer than 15mis i notice ~~it so much~~ all of Hale of may and June all do we cant really see out pod unit they mase people in Hale with out letting anyone know 8-21-21 9:00 11 oclock 8-15-21 1:3 oclock falicia rowland took and keep my comisary and legal mail 10:11 oclock 8-7-21 Justin kayob danel chad wayne brent falicia rowland just keep leading me on abrut it still have not got refund it is 8-12-21 ~~scribbled out~~

Had to beeg to go to pc told ceo perkins they would come talk to me more than a couple of time adidnt in the mounth of april 2021 do to them not answer request have a slip whom from cell having two leaks didnt wont to make them upset so celly lamar moss put in request and the didnt fix it my Hole time in cell NS-1 7-25-21 i woke to use restroom in ~~~~ and slipp trying to catch myself my elbow got scared by the edge of bunk not sure of time dont have other lockdown think around 1:00 oclock No Intercome if answer 4-25-21 8-1-21 all shift so i dont get a name

in yard one time chance Melams and celly had witness them not answer buzzer in yard at the 30 minits i peed in corner is 9:00 to 11 AM it been ocasily since 3-4-21 also with them celling thing has they went one speaker i miss meds it been time inmate outter world let me know as they was leaving cause inmates dont always say Nothing Gad nurse Hannah and karen said she cant give me her last name for as my greivance also nurse Rynoski told them not to have covid inmates in hole to shete and the did any was through 11-14-20 and 11-22-20 Have clay Jackson Eric bulwin was in at time dane swiney alex maury Hayden Hatsfield all pass meds and not a regerster nurse also No buzzer a 3:14 oclock when daniel Chad was in at 8-12-21 to ask why they didn't pass inigent and the day before i got out Hole i ask ceo brad carter about i been in pass my days had a body can on still Stayed Had to ask twice on regust about grooming think they underinvestigation why we got it that one time before i left net hole all other Hole stayed they denied it and i got more Haircer

all Have body cames as went
i went to court in the month of september 2020 without a face mask they would come in and spray with inmates out through the month of septmper 2020

and no mask in unit by all workers just starting getting a mask in unit of month of July they was charging 20 dollas for sick call in the month of July 2021 with comin out before eight i had no asces to court or lawhibiray they took my hour just to go talk to lavery when the called in the month of January lawyer Sergant Rendry records could prove that it was more times in November they didnt give me my hour out they dont do clothe exchange every 3 4 days 8-10-21 8-29-21 cheyanne final response by Felicia rowland 8-31-21 olivia Hubble 11-04-20 Gencal office 12-28-20 and a lot they dont respone to 95 of knouv even to admin Robert csse also ceo Jermny pass meds 8-6-21 in mourning unclean and safe envioment was tied to chout Yean supply comin from Hole had to to mourning the cell smell and sink was dirty i could tell it havit been clean charles moss said he would give me some sunbliss didnt get a mop or nothing 8-8-21 between 1:30oclock And i see stuff a pile up in Hore last time i wrote i was in Hole and i didnt have anymore paper and pen broke and i gettin corpal punishment i still want a restraning from this jail and to be paid 2 million

we dont get visit since i been here and since 7-28-21 Havint been able to do vid visit she said vid customer service said it comin from my end the phone dont act right im sure i push the right numbers and it have me repeating it over we dont go to the real yard And the month of June some mourning we would be on wall for more than a hour Just for clean also the sherrif is steve franks Its been times back in may they wald shut the water off without warning and toilet wouldnt work wintness chance Holms Quaton walker also all through the month of november 11-8-20 they didnt shut the lights off my eyes got to hurtin in unit N 2 cell 1 why i put Etal in there is because they all know this and all Deos let this happen that work here i was told Etal mean all worker somtimes inmates have to ask to get mats afther 10:40 pm i also have a spot from a concusion in past more witness Jermvy ward and Robert larcoe walker when in Hole from 8-7-21 untill 8-16-21 And they keep Him past his outdate He witness the unduve mase and also b-me havin to beea Justin kayob for legal mail comisary keep tellin me he have to find it another witness preacher we have same lawyer