Case 3:21-cv-00165-DPM   Document 8   Filed 10/14/21   Page 1 of 5

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
OCT 14 2021
TAMMY H. DOWNS, CLERK
By: _____ DEP CLERK

3:21CV165 DPM-ERC

Excessive force Morgan Robertson felicia Rowland massey Dillon mason Daniel chad all let this happen and caused it with verbal abuse ~~Opal Brent cox Alicia~~ i had a knot on my head busted ~~nose~~ noise scar on my wriste

Denied 23 in one in Hole r 3- Daniel chad Dillon mason felicia Rowland alicia Houble Kendra Alex maury Brent cox cody Kelly ~~James~~ glen james charles moss cheyanne daniel chad ceo Zack ceo perkins morgan Robertson all let it happen with out doing something about it all so ochanchaze dont let me out    double punishment And extra time morgan Robertson alicia Houble felicia rowland Brent cox cody Kelly Zack charles moss danielchad Rynesha James glen Kendra caldwell Justin Kayob Jermry cheyanne Brad carter wayne Brant ~~massey~~ all knew iBeen in longer it all let it happen Dillon mason Alex maury  State and fed inmates toghter Brent cox Robert case felicia rowland alicia Houble Justin Kayob charles moss tristan groath wayne Brent cheyanne Kendra morgan Robertson daniel chad the corpol alex maury cody Kelly Brad carter perkins glen James all dont speak up and let it happen also ~~ onechaze~~ the sergent snanchaze all is aware its against our rights

No cell buzzer for emergency daniel chad Juntinie felicia rowland Jail administrator Brent cox Alicia Houble ~~[crossed out]~~ the corpol alex maury & morgan Robertson cody Kelly Cheyanne charles moss James glen Dillon mason Robert case sergenat Kendra Shanchaze wayne Brant ~~[crossed out]~~

No body cam Justin Kayob Falicia rowland alex maury Daniel chad wayne Brant Hayden Harts dane swinney

No mats and blankets over 8 hours the corpol Alex maury Juntinie fulicia rowland Brent cox Massey caldwell Kendra James glen. Robert case the administrator Dillon mason charles moss morgan Robertson Brent cox all continue to let happen

NO grevence Brent cox Robert case alicia Houble falicia rowland all say from 6:30 to 10:45

rust unclean and safe Alex maury felicia rowland alicia Houble Dillon mason massey cody Kelly chailes moss Brent cox tristan greasy caldwell Cheyanne glen James morgan Robertson Jeremy Dane swinney Hayden Hartsfield wayne Brant

Email mail blocks Robert case felicia rowland Daniel chad

leagal mail took comissary felicia rowland Daniel chad Justin Kayob Jut

No Duoprosse ~~[scribbled]~~ Glen James Justin Kayob cody Kelly ~~dast tell u~~ dont one

No intercome annocement Alex Maury Kendra falicia rowland cody kelly morgan Robertso caldwell tristan greasy wayne Brant Cheyanne Dillon mason Justin Kayob Jermmy all let it happen

poor mentence fell scar falicia rowland Dillon mason Robert caso

~~[scribbled]~~ protect unit denial Brent cox falicia rowland Perkins alicia Houble Shanchaze No answer

No proper cloth exchange Alex Maury Kendra Dillon mason morgan Robertson

Expose to covid Rynesha brent cox falicic rowland Dillon mason Alex Maury Alicia Houbke ~~the same~~ they keep us in Hole toghter

No mask for covid Just say we cant have them falicia rowland Caldwell cody Kelly tristan greasy. No grooming Brent cox alicia Houble Shanchaze Kendra falicia rowland Dillon mason Say we lose our rights in Hole

Decrimination towards blacks Alex maury Cheyanne falicia rowland show favortisin and let have more privileges and with moving around cody Kelly

[illegible scribbled lines]

Skip med pass poor med pass
Hannah laura jermey the corpal Alex maury
Dane suzanne

poor food half cook Hair in it Hard stuff unclean handleing falicia Rowland cody Kelly morgan Robertson steve franks Justin Kayob Daniel chad Dillon mason glen james they just do os wont

no cominsary in Hole with low presure Rynesha Brent cox alicia Houble fulicia rowland

No lawbirary Brent cox falicia rowland Dillon mason morgan Robertson massey Daniel chad [crossed out] all was of aware of my rights and violated

denial of recreation Daniel chad falicia rowland Justin Kayob morgan Robertson wayne chad

denial of visitation dont answer grevence so i cant get threw to my rights falicia rowland [scribble] Robert case mantrece all aware of rights and violated No Help with stop up sink

Robert case falicia rowland mantrece all played a role in violateing my rights

I'm ask to be paid 2 millon for all the corpol punisment and rights being violated And a restroning order oganist Jail.

I think from before yall had a mix up in my paper i'had more stuff on there from my first one and i was in the hole at the time with no assces to mail or pin to write everything and i fell unsafe Here and i notice as time gose on more rights be violated

I also get a 660 dollas fund from mother Sherry baker when i need throw out the eauple months