IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

PARRIS HILL
#0033839                                                                                    PLAINTIFF

v.                              No. 3:21-cv-165-DPM

GREENE COUNTY; GREENE COUNTY
DETENTION CENTER; MORGAN
ROBERTSON; FALICIA ROWLAND;
MASSEY; DILLON MASON; DANIEL
CHAD; ALICIA HUBBLE; ALEX
MAURY; BRENT COX; CODY KELLY;
GLEN JAMES; CHARLES MOSS;
SHANCHAZE CHEYANNE; ZACK, *CEO*;
PERKINS; RYNESHA JAMES; KENDRA
CALDWELL; JUSTIN KAYOB; BRAD
CARTER; ROBERT CASE; WAYNE
BRANT; TRISTAN GREASY; HAYDEN
HARTSFIELD; and DANE SWINNEY                                         DEFENDANTS

ORDER

On *de novo* review, the Court adopts Magistrate Judge Ervin's partial recommendation, *Doc 9*, and overrules Hill's objections, *Doc. 11*. FED. R. CIV. P. 72(b)(3). Hill may proceed on his excessive force claim against Defendants Robertson, Rowland, Massey, Mason, and Chad. All other claims and defendants are dismissed without prejudice.

-2-

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

9 November 2021