## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

PARRIS HILL                                                              PLAINTIFF
#0033839

V.                              NO. 3:21-cv-165-DPM-ERE

GREENE COUNTY, *et al.*                                              DEFENDANTS

## ORDER

The Court recently adopted the Recommendation that Plaintiff Parris Hill be allowed to proceed on his excessive-force claims against Defendants Morgan Robertson, Falicia Rowland, Massey, Dillon Mason, and Daniel Chad. *Doc. 12*. The Court dismissed all other claims and Defendants from this lawsuit. *Id*. Therefore, service is now proper for Defendants Robertson, Rowland, Massey, Mason, and Chad.

IT IS THEREFORE ORDERED THAT:

1.      The Clerk of Court is directed to prepare summonses for Defendants Morgan Robertson, Falicia Rowland, Massey, Dillon Mason, and Daniel Chad.

2.      The United States Marshal is directed to serve each of these Defendants with a summons, a copy of the complaint, and the amended complaints *(Docs. 2, 6, 8)*, including any attachments, without requiring prepayment of fees and costs or security. Service for these Defendants should be attempted through the Greene

County Detention Center, 1809 North Rocking Chair Road, Paragould, Arkansas 72450.

DATED this 10th day of November, 2021.

_____
UNITED STATES MAGISTRATE JUDGE