IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

PARRIS HILL
#0033839                                                                                       PLAINTIFF

v.                                      No. 3:21-cv-165-DPM

GREENE COUNTY; GREENE
COUNTY DETENTION CENTER;
MORGAN ROBERTSON; FALICIA
ROWLAND; MASSEY; DILLON
MASON; DANIEL CHAD; ALICIA
HUBBLE; ALEX MURRAY; BRENT
COX; CODY KELLY; GLEN JAMES;
CHARLES MOSS; SHANCHAZE
CHEYANNE; ZACK, CEO; PERKINS;
RYNESHA JAMES; KENDRA
CALDWELL; JUSTIN KAYOB; BRAD
CARTER; ROBERT CASE; WAYNE
BRANT; TRISTAN GREASY; HAYDEN
HARTSFIELD; and DANE SWINNEY                                                  DEFENDANTS

ORDER

Motion, *Doc. [33]*, granted. Kaylen S. Lewis is relieved as counsel for defendants.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

2 November 2022