IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

PARRIS HILL
#0033839                                                                      PLAINTIFF

v.                          No. 3:21-cv-165-DPM

MORGAN ROBINSON;
FELISHA ROWLAND;
WESLEY MASSING;
DILLON MASON; and
DANIEL CHAD                                                                 DEFENDANTS

### ORDER

On *de novo* review, the Court adopts Magistrate Judge Ervin's recommendation, *Doc. 31*, and overrules Hill's objections, *Doc. 32*.\* Fed. R. Civ. P. 73(b). The motion for summary judgment, *Doc. 26*, is granted. Hill's claims against Morgan Robinson, Felisha Rowland, Wesley Massing, Dillon Mason, and Daniel Chad will be dismissed with prejudice, and this case will be closed.

So Ordered.

*/s/ DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

17 February 2023

---

\*The Court construes Hill's notice, *Doc. 32*, as objections and directs the Clerk to update the docket.