IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

PARRIS HILL
#0033839                                                                    PLAINTIFF

v.                       No. 3:21-cv-165-DPM

GREENE COUNTY; GREENE COUNTY
DETENTION CENTER; MORGAN ROBINSON;
FELISHA ROWLAND; WESLEY MASSING;
DILLON MASON; DANIEL CHAD;
ALICIA HUBBLE; ALEX MURRAY; BRENT
COX; CODY KELLY; GLEN JAMES;
CHARLES MOSS; SHANCHAZE
CHEYANNE; ZACK, CEO; PERKINS;
RYNESHA JAMES; KENDRA CALDWELL;
JUSTIN KAYOB; BRAD CARTER; ROBERT
CASE; WAYNE BRANT; TRISTAN GREASY;
HAYDEN HARTSFIELD; and DANE SWINNEY     DEFENDANTS

## JUDGMENT

Hill's claims against Morgan Robinson, Felisha Rowland, Wesley Massing, Dillon Mason, and Daniel Chad are dismissed with prejudice. His remaining claims are dismissed without prejudice.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

17 February 2023